NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

FEB 25 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EARNEST S. HARRIS,<br><br>              Plaintiff-Appellant,<br><br>  v.<br><br>E. McCUMSEY, Ms.; Senior Librarian, The<br>Law Library, Pelican Bay State Prison,<br><br>              Defendant-Appellee. | No.   18-15422<br><br>D.C. No. 3:16-cv-01487-JST<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Northern District of California
Jon S. Tigar, District Judge, Presiding

Submitted February 19, 2019[**]

Before:    FERNANDEZ, SILVERMAN, and WATFORD, Circuit Judges.

California state prisoner Earnest S. Harris appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging an access-to-courts claim. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Brodheim v. Cry*, 584 F.3d 1262, 1267 (9th Cir. 2009). We affirm.

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

The district court properly granted summary judgment because Harris failed to raise a genuine dispute of material fact as to whether he suffered an actual injury as a result of defendant's conduct. *See Lewis v. Casey*, 518 U.S. 343, 353-54 (1996) (setting forth elements of access-to-courts claim and actual injury requirement).

We do not consider arguments raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**